**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| SCOTT ALAN CHOPSON | ) | BANKRUPTCY CASE NUMBER 07-12450 |
| REFA ANN CHOPSON | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1-2 | David M. Allen DDS & Associates<br>c/o Robert A. Schlifke<br>Post Office Box 11926<br>South Bend, Indiana 46634 | $ 2.09 |
| CLAIM # 4 | Huntington Dental Group PC<br>22 Vine Street<br>Huntington, Indiana 46750 | $ 0.25 |
| CLAIM # 5 | United REMC<br>c/o TRS<br>2417 Spy Run Avenue, #5<br>Fort Wayne, Indiana 46805 | $ 3.27 |
| CLAIM # 7 | City of Huntington<br>c/o Lisa M. Garrott<br>533 Warren Street<br>Post Office Box 269<br>Huntington, Indiana 46750 | $ 1.62 |
| CLAIM # 8 | Huntington County Community<br>  School Corporation<br>c/o Lisa M. Garrott<br>533 Warren Street<br>Post Office Box 269<br>Huntington, Indiana 46750 | $ 1.30 |

| | | |
|---|---|---|
| CLAIM # 9 | Merchants Retail Credit Association<br>333 East Washington Boulevard<br>Post Office Box 11285<br>Fort Wayne, Indiana 46857 | $ 0.09 |
| CLAIM # 10 | Merchants Retail Credit Association<br>333 East Washington Boulevard<br>Post Office Box 11285<br>Fort Wayne, Indiana 46857 | $ 3.18 |
| CLAIM # 11 | Huntington Memorial Hospital<br>c/o The Collection Company<br>450 North Jefferson Street<br>Post Office Box 30<br>Huntington, Indiana 46750 | $ 4.89 |
| CLAIM # 13 | Redi Med<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $ 0.74 |
| CLAIM # 14 | Redi Med<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $ 0.56 |
| CLAIM # 15 | Redi Med<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $ 0.73 |
| CLAIM # 16 | Fort Wayne Orthopaedics<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $ 1.01 |
| CLAIM # 17 | Redi Med<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $ 0.45 |
| CLAIM #18 | Opthalmology Consultants<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $ 0.37 |

| | | |
|---|---|---|
| CLAIM # 19 | Redi Med<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $ 0.39 |
| CLAIM # 21 | Verizon North Inc.<br>AFNI / Verizon<br>404 Brock Drive<br>Bloomington, Illinois 61701 | $ 1.71 |
| CLAIM # 25 | Huntington County Treasurer<br>201 North Jefferson Street<br>Fort Wayne, Indiana 46750 | $ 0.76 |

**TOTAL:   $ 23.41**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of June, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven