**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| SCOTT ALAN CHOPSON ) | BANKRUPTCY CASE NUMBER 07-12450 |
| REFA ANN CHOPSON ) | CHAPTER 7 |
| ) | |
| DEBTORS. ) | |

**THIRD NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Amended Final Report And Distribution Summary on May 26, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #10134 issued to Cincinnati Insurance Companies, Douglas Moyer & IRK, P.C., 815 West Pearl Street, Lebanon, IN 46052 on June 18, 2010 in the amount of $33.22 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$33.22** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 8th day of July, 2010, a true and correct copy of the above and foregoing Third Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, <u>USTPRegion10.SO.ECF@usdoj.gov</u>,, and was sent via first class United States mail, postage prepaid, to: Cincinnati Insurance Companies, Douglas Moyer & IRK, P.C., 815 West Pearl Street, Lebanon, IN 46052.

                ____/s/ Yvette Gaff Kleven_____
                Yvette Gaff Kleven